# State of Louisiana
## Secretary of State

07/21/2016

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

AMERICAS INSURANCE COMPANY
8133 LEESBURG PIKE, STE. 700
VIENNA, VA  22182

Suit No.: 166033
CIVIL DISTRICT COURT
ORLEANS PARISH

STACY MORGAN, ET AL
vs
AMERICAS INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.  Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on:  TOM SCHEDLER
Served by:  E CUMMINS

Date: 07/20/2016
Title:  DEPUTY SHERIFF

No: 1008961

AG



ATTORNEY'S NAME:  LaHatte, Joey F 31224
AND ADDRESS:      5613 Bridget St , Metairie, LA 70003

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2016-06033          DIVISION: N          SECTION: 08

### MORGAN, STACY AND A-PLUS CONTRACTORS, L.L.C.

**Versus**

### AMERICAS INSURANCE COMPANY

### CITATION

**SERVED ON**
**TOM SCHEDLER**

TO:       AMERICAS INSURANCE COMPANY

THROUGH:  THE SECRETARY OF STATE

          8585 ARCHIVES AVE, BATON ROUGE, LA 70809

**JUL 20 2016**

SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 29, 2016**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON AMERICAS INSURANCE COMPANY | ON AMERICAS INSURANCE COMPANY |
| THROUGH: THE SECRETARY OF STATE | THROUGH: THE SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said AMERICAS INSURANCE COMPANY being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9413565                Page 1 of 1



FILED

2016 JUN 15  A 11

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. _Kp-Cp033_                    DIVISION "A"                    DOCKET NO.

**STACY MORGAN AND A-PLUS CONTRACTORS, L.L.C.**

**VERSUS**

**AMERICAS INSURANCE COMPANY**

FILED:_____          _____
                                                                **DEPUTY CLERK**

**PETITION FOR DAMAGES**

The petition of **STACY MORGAN and A-PLUS CONTRACTORS, L.L.C.,** an

individual domiciled in the Parish of Orleans, State of Louisiana and a Louisiana Limited Liability

Company, with its principal place of business in the Parish of Orleans, State of Louisiana,

respectfully avers as follows:

1.

Made defendant herein is **AMERICAS INSURANCE COMPANY**, a foreign insurance

company authorized to do and is doing business within the boundaries of the State of Louisiana

and Parish of Orleans.

2.

At all times relevant hereto, Petitioner, **A-PLUS CONTRACTORS, L.L.C.**, was the hired

repair and remediation contractor for America's insurance policyholder, Hollis Burton, bearing

policy number 619616. Stacy Morgan is the owner of A-Plus Contractors, L.L.C.

3.

At all times relevant hereto, defendant, **AMERICAS INSURANCE COMPANY,**

provided a policy of insurance to Hollis Burton, who then issued and signed an "Assignment of

Insurance Benefits" form to plaintiffs for a post-loss assignment.[1] Plaintiffs, **STACY MORGAN**

and **A-PLUS CONTRACTORS, L.L.C.** have now been assigned, post-loss, all remaining

benefits for the Hollis Burton insurance policy with America's for structural repair as it relates to

the fire claim which occurred in 2015.

---

[1] *See Exhibit "A"* – Assignment of Insurance Benefits Agreement.

4.

**A-PLUS CONTRACTORS, L.L.C.**, was hired by the America's insured, Hollis Burton,
to perform all necessary fire remediation and repair work after the events of the fire. To date, the
total structural repair and remediation work has come to $93,389.33.   However, America's has
not paid to its insured, Hollis Burton, and now to Stacy Morgan and A-Plus Contractors, L.L.C.
the actual insured expenses for the fire remediation and repair work. In now being assigned, post-
loss, the benefits of the insurance policy for Hollis Burton, plaintiffs Stacy Morgan and A-PLUS
CONTRACTORS, L.L.C. seek action against America's for failing to pay the actual, incurred
costs for the fire repair and remediation from the loss which occurred under the policy of insurance.

5.

Since the demand for payment was sent to America's, America's has done nothing except
request an Examination Under Oath of Stacy Morgan which is nothing more than a stall tactic.
America's cannot demand an Examination Under Oath of a non-insured; Stacy Morgan is only an
assignee of the benefits for the remaining coverage owed.

6.

Thereafter, **AMERICAS INSURANCE COMPANY** failed to fulfill its obligations under
the policy of insurance, and is therefore liable unto your Petitioners for the following reasons, to-
wit:

      a.      Failing to pay for all damages due under the policy;

      b.      Failing to include all damages in scope of loss / damage estimate;

      c.      Failing to bring in qualified professionals to timely and properly assess all of the
damages;

      d.       Breach of Contract;

      e.      Negligence;

      f.      Arbitrary and capricious penalties, attorney's fees, and general and special
damages pursuant to LSA R.S. Arts. 22:1973 (formerly 22:1220) and 22:1892 (formerly 22:658).

7.

As a result of the foregoing acts and/or omissions, **DEFENDANT AMERICAS INSURANCE COMPANY** should adequately compensate Petitioners for all items covered under the policy of insurance, including but not limited to:

    a.    Full value of the property damage to Petitioner's property;

    b.    Recoverable Depreciation;

    c.    Debris Clean Up and Removal;

    d.    Mental Anguish;

    e.    Attorney fees and case costs; and

    f.    Arbitrary and capricious penalties, attorney's fees, and general and special

damages pursuant to LSA R.S. Arts. 22:1973 (formerly 22:1220) and 22:1892 (formerly 22:658).

**WHEREFORE,** plaintiffs **STACY MORGAN** and **A-PLUS CONTRACTORS, L.L.C.** pray that the defendant, **DEFENDANT AMERICAS INSURANCE COMPANY,** be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of petitioner for all amounts commensurate with his damages to include property damage, recoverable depreciation, debris clean up and removal, general and special damages, and arbitrary and capricious penalties and attorney's fees pursuant to LSA R.S. Arts. 22:1973 and 22:1892 all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendant, **AMERICAS INSURANCE COMPANY,** together with legal interest thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted:

LAHATTE LAW FIRM, L.L.C.

Joseph "Joey" F. LaHatte, III No. 31224
4405 Zenith Street
Metairie, Louisiana 70003
Telephone:    (504) 309-2996
Facsimile:    (855) 733-8180
joey@lahattelaw.com
Attorneys for the Plaintiffs, Stacy Morgan and A-Plus Contractors, L.L.C.

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**PLEASE SERVE:**

**DEFENDANT AMERICAS INSURANCE COMPANY**
**Through the Secretary of State**
**8585 Archives Ave.**
**Baton Rouge, LA 70809**

FILED

2016 JUN 15  A 11: 55

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.                              DIVISION " "                    DOCKET NO.

### STACY MORGAN AND A-PLUS CONTRACTORS, L.L.C.

### VERSUS

### AMERICAS INSURANCE COMPANY

FILED:_____          _____
                                                        **DEPUTY CLERK**

### REQUEST FOR WRITTEN NOTICE

TO:    Clerk of Court

PLEASE TAKE NOTICE, that you are hereby requested to provide the undersigned

counsel with written notice of the date of trial of the above matter, as well as notices of hearings

(whether on the merits or otherwise), orders, judgments, and interlocutory degree, and any and all

formal steps taken by the parties herein, the Judge, or any member of the court, pursuant to the

Louisiana Code of Civil Procedure and without limitation, Articles 1674, 1913 and 1914.

YOU ARE HEREBY FURTHER notified that the undersigned attorneys will represent

STACY MORGAN and A-PLUS CONTRACTORS, L.L.C., petitioners, in the above entitled and

numbered cause.


Respectfully submitted:


LAHATTE LAW FIRM, L.L.C.


_____
**Joseph "Joey" F. LaHatte, III No. 31224**
4405 Zenith Street
Metairie, Louisiana 70003
Telephone:    (504) 309-2996
Facsimile:    (855) 733-8180
joey@lahattelaw.com
Attorneys for the Plaintiffs, Stacy Morgan and A-
Plus Contractors, L.L.C.

## ASSIGNMENT OF INSURANCE BENEFITS FORM

Insurer:  America's Insurance Company

Claim#:

FILED

2016 JUN 15  A 11: 55

CIVIL
DISTRICT COURT

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

The Parties in this Assignment Of Benefits Contract Include The Following:
**A-PLUS CONTRACTORS, L.L.C., a Louisiana Limited Liability Company**, owned by Stacy Morgan, whose mailing address is P.O. Box 19470 New Orleans, Louisiana 70179, and America's Insurance Company insured, **Hollis Burton**, who resides at 2161 Pleasure Street New Orleans, Louisiana 70122.

**Hollis Burton**, The America's Insurance Company insured, now declares that:

1) Hollis Burton, owner of and domiciled at 2161 Pleasure Street New Orleans, Louisiana 70122, hereinafter referred to as Owner, hereby assigns all remaining benefits for his insurance policy with America's Insurance Company for structural repair as it relates to the fire claim which occurred in 2015, with claim#            to A-Plus Contractors, L.L.C. and Stacy Morgan;

2) Hollis Burton recognizes that he retained A-Plus Contractors, L.L.C. to perform repair and remediation services for the property owned by him at 2161 Pleasure Street New Orleans, Louisiana 70122. These services included fire restoration, repair, and remediation, and involved bringing materials, supplies, and otherwise to the site. These services also involved labor;

3) Hollis Burton and A-Plus Contractors, L.L.C. both jointly agree that the cost for the total repair and remediation work charged by A-Plus Contractors, L.L.C. is $93,389.33. Hollis Burton now desires to assign all benefits for the remaining insurance amounts owed to A-Plus Contractors, L.L.C. and its owner, Stacy Morgan, for A-Plus Contractors, L.L.C. and Stacy Morgan to receive full payment for all work performed.

4) This assignment of benefits will be valid and enforceable unless jointly revoked by all parties to this agreement.

Jointly signed on the _____17th_____ day of _December_ 2015:

_____
REPRESENTATIVE
**A-PLUS CONTRACTORS, L.L.C.**

_____
**HOLLIS BURTON**
**(America's Insurance Company Insured)**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.   16-6033                                        DIVISION "F"

STACY MORGAN AND A-PLUS CONTRACTORS, LLC

VERSUS

AMERICAS INSURANCE COMPANY

FILED:_____    _____
                                          DEPUTY CLERK

**MOTION AND ORDER FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Defendant, Americas Insurance Company, solely for the purpose of obtaining an extension of time within which to answer or respond to the Petition for Damages, and respectfully move this Honorable Court for an extension of time of thirty (30) days within which to answer or respond to the Petition for Damages, and in support thereof shows that no previous extension of time has been requested or granted.

**O R D E R**

Considering the foregoing Motion for Extension of Time,

IT IS ORDERED that Defendant, Americas Insurance Company, is hereby granted an additional thirty (30) days from the date of this Order within which to answer or otherwise respond to the Petition for Damages.

New Orleans, Louisiana, this _____ day of _____, 2016.

AUG 1 2 2016

                                          Sgd  Christopher J. Bruno
                                          Judge, Division "F"
_____                    A TRUE COPY
J U D G E

**CERTIFICATE OF SERVICE**            Respectfully submitted,

I HEREBY CERTIFY that a copy of the      MATTHEW D. MONSON (25186), T.A.
above and foregoing has been served on all   DONALD J. LATUSO, JR. (31495)
counsel of record by email, facsimile and/or   BLAKE J. LUSK (35514)
mailing a copy of same in the U.S. Mail,    THE MONSON LAW FIRM, LLC
properly addressed and postage prepaid, this   900 W. Causeway Approach, Suite A
5th day of August, 2016.                   Mandeville, Louisiana 70471
                                          Telephone:   (985) 778-0678
                                          Facsimile:   (985) 778-0682
                                          *Counsel for Defendant,*
                                          *Americas Insurance Company*

- 1 -