UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STACY MORGAN AND<br>A-PLUS CONTRACTORS, LLC | * | CIVIL ACTION NO. 2:16-CV-13900 |
| Plaintiffs | * | |
| VERSUS | * | JUDGE: JANE TRICHE MILAZZO |
| AMERICAS INSURANCE<br>COMPANY | * | |
| Defendant | * | MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE ARTICLE 12(b)(6)

NOW INTO COURT, through undersigned counsel, comes defendant Americas Insurance Company ("AIC"), who respectfully moves this Honorable Court to grant its Motion to Dismiss pursuant to Federal Rule of Procedure Article 12(b)(6) herein, dismissing with prejudice at plaintiffs' costs the claims of plaintiffs, Stacy Morgan and A-Plus Contractors, LLC, on the grounds that plaintiffs do not have a right of action to recover statutory penalties and attorney fees pursuant to LSA-R.S. 22:1892 and 22:1973.  Further, Stacy Morgan's claims should be dismissed with prejudice as only A-Plus Contractors is the proper party to bring an action against AIC for the reasons as more fully set forth in the attached Memorandum in Support.  Further, AIC prays for all general and equitable relief.

Respectfully submitted,

*s/ Donald J. Latuso, Jr.*
**MATTHEW D. MONSON (25186), T.A.**
**DONALD J. LATUSO, JR. (31495)**
**CHRISTINE E. BERGERON (30861)**
**BLAKE J. LUSK (35514)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:     (985) 778-0678
Facsimile:     (985) 778-0682
Email: Matthew@Monsonfirm.com
            Donald@Monsonfirm.com
            Christine@Monsonfirm.com
            Blake@Monsonfirm.com
*Counsel for Americas Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 23nd day of August, 2016.

*s/Donald J. Latuso, Jr.*

- 2 -