

# A- Plus
## Contractors, L.L.C.
*Service plus Quality*
P.O. Box 19470
New Orleans, Louisiana 70179
Office 504-484-0882 • Fax 504-484-0883
Residential License # 89001 • Commercial License # 47079

## Customer Communication/ Work Authorization
Instructions and authorization of the restoration of your property

Initial(s)

___ Insurance Policy: I, the Owner/Agent for the job site listed below, understand that **A-Plus Contractors, LLC** will perform such work at the dwelling listed below. I, Owner/Agent listed below give **A-Plus Contractors, LLC** full communication to my Insurance Company and my dwelling listed below.

___ Authorization: I, the Owner/Agent for the job site listed below, authorize A-Plus Contractors, LLC to enter my property, furnish materials, supply *all* equipment, and perform all labor necessary to preserve and protect my property from further damage, and to perform all restoration procedures necessary to repair and restore the carpet, furniture, structure, and other furnishings back to pre-loss condition.

___ Prices: I understand that an accurate estimate cannot be given. A-Plus Contractors, LLC will prepare a detailed estimate to the insurance company for approval. There, I understand it is impractical to give an accurate quote for services before completion. It is solely the insured responsibility from prompt payments. A-Plus Contractors, LLC agrees to keep accurate records and provide documentation if requested.

___ Stop Work-Hold Harmless: In the event A-Plus Contractors, LLC is not allowed to perform, its recommended procedures to bring the said property back to its pre-loss condition, I agree to release and hold **A-Plus Contractors, LLC** harmless, and indemnify A-Plus Contractors, LLC against any claims or actions that may result from such incomplete procedures.

___ Authorize Antimicrobial Agents: I understand in the best judgment of A-Plus Contractors, LLC all wet materials should be treated with a commercial antimicrobial agent to inhibit the growth of microorganisms during the drying process. I have received oral and written information regarding the antimicrobial agent and agree that all wet materials should be treated with this product as part of the restoration process. I understand that it is beyond expertise of A-Plus Contractors, LLC to determine if someone may be sensitive to its application and will hold A-Plus Contractors, LLC harmless for its use.

___ No Antimicrobial Agents: I have decided that I do not want antimicrobial agents applied to affected materials in my home/business. I will hold A-Plus Contractors, LLC harmless for any biological odors or growth, indoor air quality degradation, and any other health concerns or damage that may occur due to microbiological activity during and/or after the restoration process.

___ Deductible: I understand that equipment will be used to restore my dwelling listed below. I will not allow children to play with this equipment and will not turn off the equipment without first contacting A-Plus Contractors, LLC. I have been informed that the job site deadline for completion will depend solely on the time response of the owner and agents acting on the said property below, and I will not hold A-Plus Contractors, LLC responsible for any delays in restoring the dwelling listed below.

Exhibit 1



## A- Plus
### Contractors, L.L.C.
*Service plus Quality*
P.O. Box 19470
New Orleans, Louisiana 70179
Office 504-484-0882 • Fax 504-484-0883
Residential License # 89001 • Commercial License # 47079

# THIRD PARTY WORK AUTHORIZATION

This authorization is made this _13_ day of _November_, 20_14_ by and between A-Plus Contractors, LLC hereinafter to as A-Plus Contractors, LLC and _Hollis Burton_ presently residing at _2161 Pleasure NO 70122_ herein referred to as CUSTOMER.

The CUSTOMER authorizes A-Plus Contractors, LLC to proceed with its recommended procedures to preserve, protect, and secure from further damage the property located at _2161 Pleasure NO 70122_ with the understanding that _Hollis Burton_ is hereby responsible for all services and charges to be performed by A-Plus Contractors, LLC as authorized by _____ (Adjuster), and the CUSTOMER FURTHER AUTHORIZES AND DIRECTS TO PAY A-Plus Contractors, LLC DIRECT.

It is fully understood that the CUSTOMER is personally responsible for any and all charges, deductibles, and depreciation not covered by _Policy # 69616_ Any exceptions must be approved by A-Plus Contractors, LLC. The liability of A-Plus Contractors, LLC is expressly limited to the total amount of the services authorized herein and in no event shall A-Plus Contractors, LLC, its agents or assigns be liable for consequential damages of any kind. A-Plus Contractors, LLC shall not be responsible for any mysterious disappearances of any personal property of contents. In the event any legal proceedings must be instituted A-Plus Contractors, LLC shall be entitled to recover the cost of collection including reasonable attorney's fees. All charges and costs are due upon completion of work. Late charges of 1.5% per month (minimum of $1.00 will be charged on any unpaid balances after (30) days.)

Executed at _Orleans, LA_ on the day and year above written.
(County, State)

Authorized Signature _Hollis Burton_
(Claimant or Acting Agent)
Print Name _Hollis Burton_

Phone # _(504) 669-6388_  Policy/Claim# _1000 34 08_