## ASSIGNMENT OF INSURANCE BENEFITS FORM

Insurer: America's Insurance Company

Claim#:

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

The Parties in this Assignment Of Benefits Contract Include The Following:
**A-PLUS CONTRACTORS, L.L.C., a Louisiana Limited Liability Company**, owned by Stacy Morgan, whose mailing address is P.O. Box 19470 New Orleans, Louisiana 70179, and America's Insurance Company insured, **Hollis Burton**, who resides at 2161 Pleasure Street New Orleans, Louisiana 70122.

**Hollis Burton**, The America's Insurance Company insured, now declares that:

1) Hollis Burton, owner of and domiciled at 2161 Pleasure Street New Orleans, Louisiana 70122, hereinafter referred to as Owner, hereby assigns all remaining benefits for his insurance policy with America's Insurance Company for structural repair as it relates to the fire claim which occurred in 2015, with claim# _____ to A-Plus Contractors, L.L.C. and Stacy Morgan;

2) Hollis Burton recognizes that he retained A-Plus Contractors, L.L.C. to perform repair and remediation services for the property owned by him at 2161 Pleasure Street New Orleans, Louisiana 70122. These services included fire restoration, repair, and remediation, and involved bringing materials, supplies, and otherwise to the site. These services also involved labor;

3) Hollis Burton and A-Plus Contractors, L.L.C. both jointly agree that the cost for the total repair and remediation work charged by A-Plus Contractors, L.L.C. is $93,389.33. Hollis Burton now desires to assign all benefits for the remaining insurance amounts owed to A-Plus Contractors, L.L.C. and its owner, Stacy Morgan, for A-Plus Contractors, L.L.C. and Stacy Morgan to receive full payment for all work performed.

4) This assignment of benefits will be valid and enforceable unless jointly revoked by all parties to this agreement.

Jointly signed on the ___17th___ day of __December__ 2015:

_____
REPRESENTATIVE
**A-PLUS CONTRACTORS, L.L.C.**

_____
**HOLLIS BURTON**
**(America's Insurance Company Insured)**