# A-Plus Contractors LLC

# INVOICE

PO BOX 19470
NEW ORLEANS 70179

504-484-0882

**CLIENT:**
Hollis Burton
2161 Pleasure Street
New Orleans LA 70122

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| see the attached contract | Billing Enclosed (minus prior payment) | 90,442.54 |
| | **TOTAL** | 43,511.32 |
| | | **PAY THIS AMOUNT** |

*THANK YOU FOR YOUR BUSINESS!*

<u>STATEMENT OF LIEN AND PRIVILEGE PURSUANT TO LA. REV. STATUTE 9:4801, *ET. SEQ.*</u>

STATE OF LOUISIANA
PARISH OF JEFFERSON

BE IT KNOWN that on the ___17___ day of __September__, 2015, before me, the undersigned Notary Public in and for the aforesaid Parish and State, in the presence of the undersigned witnesses, personally came and appeared:

**A-PLUS CONTRACTORS, L.L.C., a Louisiana Limited Liability Company**, owned by Stacy Morgan, or its representative, whose mailing address is P.O. Box 19470 New Orleans, Louisiana 70179, herein represented by Joseph "Joey" F. LaHatte III, its duly authorized agent for the purpose of signing and filing the Statement of Lien and Privilege.

Hereinafter called **APPEARER**, who declares that:

1) Hollis Burton, owner of and domiciled at 2161 Pleasure Street New Orleans, Louisiana 70122, hereinafter referred to as Owner, is justly, truly, and legally indebted onto **APPEARER** in the full sum of $43,511.32 as is due under the contract between the parties;
2) The contract and account represents labor and materials performed and provided by **APPEARER** in supplying materials, labor, and services for the property owned by debtor/owner at 2161 Pleasure Street New Orleans, Louisiana 70122. These services included fire restoration, repair, and remediation, and involved bringing materials, supplies, and otherwise to the site. These services also involved labor.
3) This affidavit is made for the purpose of preserving the lien and privilege granted by law to the **APPEARER** on the improvements and property described herein;
4) Some of the debt, plus all costs of filing this affidavit, is past due, owning and unpaid;
5) **APPEARER** hereby delivers to the Clerk of Court/Recorder of Mortgages, in and for the Parish of Orleans, State of Louisiana, this claim for a lien and privilege and requests that the same be recorded in accordance with the provisions of Louisiana Revised Statutes 9:4801, *et. seq.*

**THIS DONE AND PASSED** in my office in Metairie, Louisiana, on the day, month, and year first above and written as agent for the Claimant.

_____
REPRESENTATIVE
A-PLUS CONTRACTORS, L.L.C.

Witness: _____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___17___
DAY OF __September__, 2015.

_____
Joseph F. LaHatte, III, LSBA #31224
Notary I.D. No. 87900
My Commission Expires at Death

_____
NOTARY PUBLIC
Joseph F. LaHatte III
4405 Zenith Street, Suite A
Metairie, Louisiana 70003

# STATEMENT OF LIEN AND PRIVILEGE PURSUANT TO LA. REV. STATUTE 9:4801, *ET. SEQ.*

STATE OF LOUISIANA
PARISH OF ORLEANS

BE IT KNOWN that on the ___17___ day of __September__, 2015, before me, the undersigned Notary Public in and for the aforesaid Parish and State, in the presence of the undersigned witnesses, personally came and appeared:

**A-PLUS CONTRACTORS, L.L.C., a Louisiana Limited Liability Company**, owned by Stacy Morgan, or its representative, whose mailing address is P.O. Box 19470 New Orleans, Louisiana 70179, herein represented by Joseph "Joey" F. LaHatte III, its duly authorized agent for the purpose of signing and filing the Statement of Lien and Privilege.

Hereinafter called **APPEARER**, who declares that:

1) Hollis Burton, owner of and domiciled at 2161 Pleasure Street New Orleans, Louisiana 70122, hereinafter referred to as Owner, is justly, truly, and legally indebted onto **APPEARER** in the full sum of $43,511.32 as is due under the contract between the parties;
2) The contract and account represents labor and materials performed and provided by **APPEARER** in supplying materials, labor, and services for the property owned by debtor/owner at 2161 Pleasure Street New Orleans, Louisiana 70122. These services included fire restoration, repair, and remediation, and involved bringing materials, supplies, and otherwise to the site. These services also involved labor.
3) This affidavit is made for the purpose of preserving the lien and privilege granted by law to the **APPEARER** on the improvements and property described herein;
4) Some of the debt, plus all costs of filing this affidavit, is past due, owning and unpaid;
5) **APPEARER** hereby delivers to the Clerk of Court/Recorder of Mortgages, in and for the Parish of Orleans, State of Louisiana, this claim for a lien and privilege and requests that the same be recorded in accordance with the provisions of Louisiana Revised Statutes 9:4801, *et. seq.*

**THIS DONE AND PASSED** in my office in Metairie, Louisiana, on the day, month, and year first above and written as agent for the Claimant.

_____
REPRESENTATIVE
A-PLUS CONTRACTORS, L.L.C.

Witness: _____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___17th___
DAY OF __September__, 2015.

_____
NOTARY PUBLIC
Joseph F. LaHatte III
4405 Zenith Street, Suite A
Metairie, Louisiana 70003

Joseph F. LaHatte, III, LSBA #31224
Notary I.D. No. 87900
My Commission Expires at Death

## STATEMENT OF LIEN AND PRIVILEGE PURSUANT TO LA. REV. STATUTE 9:4801, *ET. SEQ.*

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BE IT KNOWN that on the \_\_\_17\_\_\_ day of \_\_September\_\_, 2015, before me, the undersigned Notary Public in and for the aforesaid Parish and State, in the presence of the undersigned witnesses, personally came and appeared:

**A-PLUS CONTRACTORS, L.L.C., a Louisiana Limited Liability Company**, owned by Stacy Morgan, or its representative, whose mailing address is P.O. Box 19470 New Orleans, Louisiana 70179, herein represented by Joseph "Joey" F. LaHatte III, its duly authorized agent for the purpose of signing and filing the Statement of Lien and Privilege.

Hereinafter called **APPEARER**, who declares that:

1) Hollis Burton, owner of and domiciled at 2161 Pleasure Street New Orleans, Louisiana 70122, hereinafter referred to as Owner, is justly, truly, and legally indebted onto **APPEARER** in the full sum of $43,511.32 as is due under the contract between the parties;
2) The contract and account represents labor and materials performed and provided by **APPEARER** in supplying materials, labor, and services for the property owned by debtor/owner at 2161 Pleasure Street New Orleans, Louisiana 70122. These services included fire restoration, repair, and remediation, and involved bringing materials, supplies, and otherwise to the site. These services also involved labor.
3) This affidavit is made for the purpose of preserving the lien and privilege granted by law to the **APPEARER** on the improvements and property described herein;
4) Some of the debt, plus all costs of filing this affidavit, is past due, owning and unpaid;
5) **APPEARER** hereby delivers to the Clerk of Court/Recorder of Mortgages, in and for the Parish of Orleans, State of Louisiana, this claim for a lien and privilege and requests that the same be recorded in accordance with the provisions of Louisiana Revised Statutes 9:4801, *et. seq.*

**THIS DONE AND PASSED** in my office in Metairie, Louisiana, on the day, month, and year first above and written as agent for the Claimant.

_____
REPRESENTATIVE
A-PLUS CONTRACTORS, L.L.C.

Witness: _____

**SWORN TO AND SUBSCRIBED**
**BEFORE ME THIS** \_\_\_17th\_\_\_
**DAY OF** \_\_September\_\_, 2015.

_____
NOTARY PUBLIC
Joseph F. LaHatte III
4405 Zenith Street, Suite A
Metairie, Louisiana 70003

_____
Joseph F. LaHatte, III, LSBA #31224
Notary I.D. No. 87906
My Commission Expires at Death