UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STACY MORGAN AND<br>A-PLUS CONTRACTORS, LLC<br>        Plaintiffs | *<br><br>* | CIVIL ACTION NO. 2:16-CV-13900 |
| VERSUS | * | JUDGE: JANE TRICHE MILAZZO |
| AMERICAS INSURANCE<br>COMPANY<br>        Defendant | *<br><br>* | MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO COMPEL EXAMINATION UNDER OATH AND APPRAISAL AND STAY LITIGATION PENDING APPRAISAL

**NOW INTO COURT**, through undersigned counsel, comes Americas Insurance Company (hereinafter "AIC"), who files this Motion to Compel Examination Under Oath and Appraisal and Stay Litigation Pending Appraisal. Prior to plaintiffs, Stacy Morgan and A-Plus Contractors, L.L.C. (hereinafter "plaintiffs"), filing suit, AIC demanded plaintiffs submit to an examination under oath contained within the AIC Policy in order for AIC to investigate the claims arising out of a fire loss. Rather than submit to an examination under oath, plaintiffs repeatedly delayed and impeded AIC's investigation, and wrongfully circumvented these provisions by filing suit in violation of the Policy. Indeed, as of the date of the instant filing, plaintiffs have yet to submit to an examination under oath. As this Honorable Court has previously ruled, plaintiffs stand in the shoes of the insured. Thus, for plaintiffs to recover under the AIC Policy, under the assignment of benefits, plaintiffs must comply with the Duties After Loss provision of the AIC Policy.

Further, AIC previously demanded and invoked the appraisal provision contained within the AIC Policy. Importantly, this appraisal provision is designed to resolve the disagreement

between the parties as to the extent and value of the damages sustained by plaintiffs and allegedly covered under the AIC Policy. Therefore, AIC seeks an Order from this Honorable Court compelling plaintiffs to submit to an examination under oath and provide documentation to support the claim. AIC further requests an Order requiring the parties to submit to appraisal as required by the express terms of the AIC Policy, for the reasons set forth more fully in the attached Memorandum in Support.

**WHEREFORE,** for the reasons set forth in the accompanying Memorandum in Support, AIC respectfully requests this Honorable Court grant this Motion to Compel Examination Under Oath and Appraisal and Stay Litigation Pending Appraisal and prays this Honorable Court:

(1) issue an Order requiring plaintiffs, Stacy Morgan and A-Plus Contractors, L.L.C., to submit to an examination under oath as set forth in the AIC Policy, and to provide AIC with documentation to support the claim;

(2) issue an Order requiring the parties to submit to appraisal as included in the AIC Policy;

(3) issue an Order staying the suit filed by plaintiffs against AIC pending completion of appraisal; and

(4) such other and further general and equitable relief to which AIC may be justly entitled.

Respectfully submitted,

/s/ Blake J. Lusk
**MATTHEW D. MONSON (25186), T.A.**
**LAURA H. ABEL (33175)**
**BLAKE J. LUSK (35514)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone: (985) 778-0678
Facsimile: (985) 778-0682
Email: Matthew@Monsonfirm.com
　　　　Laura@Monsonfirm.com
　　　　Blake@Monsonfirm.com
*Counsel for Defendant,*
*Americas Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 19th day of April, 2017.

/s/ Blake J. Lusk

- 3 -