## DECLARATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BE IT KNOWN that on the 18th day of April, 2017, before me, the undersigned Notary, personally came and appeared

## MARCIA CHALK

To me personally known, and who, being duly sworn did depose and state:

1. That she is of the full age of majority and a resident of St. Charles Parish, State of Louisiana;

2. That she is currently employed as the Litigation and Liability Manager for Americas Insurance Company ("AIC");

3. That as Litigation and Liability Manager for AIC, she is the custodian of records for and privy to the facts and circumstances surrounding Claim No. 10003408 filed by Hollis Burton ("Burton") under Policy No. 619616 ("the Policy"). A true and correct copy of the Policy is attached hereto as Exhibit "1";

4. That attached hereto as Exhibit "2" is a true and correct copy of the Third Party Work Authorization;

5. That attached hereto as Exhibit "3" is a true and correct copy of correspondence dated March 28, 2016 from counsel for Stacy Morgan and A-Plus Contractors, L.L.C. (hereinafter "plaintiffs") to counsel for AIC;

6. That attached hereto as Exhibit "4" is a true and correct copy of correspondence dated April 14, 2016 from counsel for AIC to counsel for plaintiffs;

7. That attached hereto as Exhibit "5" is correspondence dated May 24, 2016 from counsel for AIC to counsel for plaintiffs;

8. That attached hereto as Exhibit "6" is correspondence dated June 10, 2016 correspondence from counsel for plaintiffs to counsel for AIC;

9. That attached hereto as Exhibit "7" is correspondence dated June 10, 2016 correspondence from counsel for AIC to counsel for plaintiffs;

10. That attached hereto as Exhibit "8" is correspondence dated July 8, 2016 correspondence from counsel for AIC to counsel for plaintiffs;

1


EXHIBIT A

11. That attached hereto as Exhibit "9" is correspondence dated July 13, 2016 correspondence from counsel for AIC to counsel for plaintiffs;

12. That attached hereto as Exhibit "10" is correspondence dated May 1, 2015 correspondence from AIC to Burton;

13. That the records referenced herein above are kept in the regular course and scope of business of AIC;

14. That the above statements were made freely, voluntarily, and based upon his personal knowledge.

_____
MARCIA CHALK

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 18th DAY
OF April, 2017.

_____
NOTARY PUBLIC – SIGNATURE

Seth A. Schmeeckle
PRINTED NAME

LA BAR NO. 27076
NOTARY NUMBER

My Commission Expires: Death

SETH A. SCHMEECKLE
NOTARY PUBLIC
LA BAR No. 27076
Parish of Orleans, State of Louisiana
My Commission is issued for Life

2