

4405 ZENITH STREET SUITE A METAIRIE, LOUISIANA 70001

TEL (504) 309-2996
FAX (855)-733-8180
LawyerLaHatte.com
joey@lahattelaw.com

March 28, 2016

Americas Insurance Company
400 Poydras Street
Suite 2000
New Orleans, LA 70130
ATTN: Sherry Lincoln
Via Fax – 504-523-0084
Via Email mikki.caldwell@americas-insurance.com
Via Email sherri.lincoln@americas-insurance.com

| | | |
|---|---|---|
| **RE:** | **Our Clients:** | **Stacy Morgan/A-1 Contractors** |
| | **Property:** | 2161 Pleasure Street New Orleans, Louisiana 70122 |
| | CN#: | TBD |
| | **RE:** | 1) <u>**Letter Of Legal Representation;**</u> |
| | | 2) <u>**Notice Of Assignment Of Insurance Benefits;**</u> |
| | | 3) <u>**Demand For Payment Of Remaining Structural Funds Owed**</u> |

Dear Americas Insurance,

    Please be advised that I have been newly retained to represent contractor Stacy Morgan with A-PLUS CONTRACTORS, L.L.C. on an assignment of benefits basis by the America's insured, Hollis Burton, against America's Insurance. Please be advised we are not representing your insured, Hollis Burton. We are only representing Hollis Burton's retained repair contractor, Stacy Morgan and his company, A-PLUS CONTRACTORS, L.L.C. under an assignment of benefits basis against you.

    In order to make sure we are on the same page, I would ask that you please send me a copy of the policy of insurance your insured had with your company, the declaration page, any and all endorsements and relevant insurance materials. I would also ask that you please forward a copy of any estimates done to the insured's property, any pictures taken, any and all correspondence to and from the insureds, and any and all payments made to the insured. **Electronic copies are preferred, please send to joey@lahattelaw.com.** Finally, if there is an issue regarding whether coverage exists or not, please advise of such. **Please also allow this letter to formally advise you that we are to be listed as one of the payees on any and all settlement checks issued in this case.** Thank you in advance for your cooperation and courtesies, and I look forward to working with you in an effort to bringing this matter to an amicable conclusion.

www.LawyerLaHatte.com



4405 ZENITH STREET SUITE A
METAIRIE,
LOUISIANA 70001

TEL (504) 309-2996
FAX (855)-733-8180
LawyerLaHatte.com
joey@lahattelaw.com

## DEMAND FOR FULL PAYMENT OF STRUCTURAL REPAIRS COMPLETED BY A-PLUS CONTRACTORS, L.L.C.

After the fire occurrence date in this matter, your insured, Hollis Burton, retained the services of A-PLUS CONTRACTORS, L.L.C. with its owner, Stacy Morgan. The total incurred amount charged for the full fire repair was $93,389.33. However, to date, there remains an outstanding balance owed to A-PLUS CONTRACTORS, L.L.C. in the amount of $49,978.01. Prior to retaining our law firm Stacy Morgan was in communication with America's on numerous occasions to seek full payment. However, to date, A-PLUS CONTRACTORS, L.L.C. has not been fully paid and has resorted to filing a privilege/lien against the property located at 2161 Pleasure Street New Orleans, Louisiana 70122.

Thus, upon receipt of this demand, please acknowledge receipt of our Assignment of Benefits form and payment demand. The remaining amount will need to be paid within fourteen (14) days from the date of this letter or we will have to resort to filing a formal lawsuit on behalf of our client, A-PLUS CONTRACTORS, L.L.C.

Cordially,

*Joseph "Joey" F. LaHatte, III*

Joseph F. LaHatte III

*Attachments: Assignment of Benefits Form For A-Plus Contractors, L.L.C., Written Contract, and Invoice/Privilege Document*

www.LawyerLaHatte.com