# Joey LaHatte

| | |
|---|---|
| **From:** | Joey LaHatte |
| **Sent:** | Monday, July 11, 2016 12:33 PM |
| **To:** | Christine E. Bergeron |
| **Cc:** | Theresa Daigle |
| **Subject:** | Re: Fitzpatrick EUO |

Christine,

I need to push the start time of the examination tomorrow 30 minutes back to 10 AM. Please let me know if this is acceptable. Thanks

-Joey

Sent from my iPhone

On Jun 30, 2016, at 1:32 PM, Christine E. Bergeron <christine@monsonfirm.com> wrote:

> Joey,
>
> I'll prepare the letter for Ms. Fitzpatrick's EUO on July 12, 2016 at 9:30 a.m. and send it out shortly.
>
> I need available dates to take Stacy Morgan's EUO – please provide.
>
> I hope you have a great 4th of July as well! I am going to try to stay inside and away from the heat.
>
> Christine
>
> Best Regards,
>
> Christine E. Bergeron
>
> <image003.jpg>
> **Christine E. Bergeron, Esq.**
> 900 West Causeway Approach, Suite A
> Mandeville, Louisiana 70471
> Toll Free: 855-2-MONSON
> Phone: 985-778-0678
> Fax: 985-778-0682
> Christine@MonsonFirm.com
> www.MonsonFirm.com
>
> **From:** Joey LaHatte [mailto:joey@lahattelaw.com]
> **Sent:** Thursday, June 30, 2016 10:05 AM
> **To:** Christine E. Bergeron <christine@monsonfirm.com>
> **Cc:** Theresa Daigle <theresa@monsonfirm.com>
> **Subject:** RE: Fitzpatrick EUO
>
> Christine:

Let's book July 12, 2016 for the EUO of Margaret Fitzpatrick here at my place. Let's do a start time for 9:30a.m., please.

If I don't talk to you again, have a great July 4th!

Thanks,
<image004.jpg>

**Joey LaHatte** / LaHatte Law Firm, L.L.C.
Managing Member
504-309-2996/ joey@lahattelaw.com

**LAHATTE LAW FIRM, L.L.C.**
Office: 504-309-2996
Fax:    855-733-8180
4405 Zenith Street Metairie, Suite A Louisiana 70001
http://www.lawyerlahatte.com
<image005.png>

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s).

**From:** Christine E. Bergeron [mailto:christine@monsonfirm.com]
**Sent:** Thursday, June 30, 2016 9:01 AM
**To:** Joey LaHatte <joey@lahattelaw.com>
**Cc:** Theresa Daigle <theresa@monsonfirm.com>
**Subject:** RE: Fitzpatrick EUO

Hi Joey,

I am available on the following dates/times to take the EUO of Margaret Fitzpatrick:

- July 7 – all day
- July 8 – all day
- July 11 – all day
- July 12 – all day

While we are at it, let's schedule the EUO of Stacy Morgan as well. Let me know what works for you.

Christine

Best Regards,

Christine E. Bergeron

<Image003.jpg>
**Christine E. Bergeron, Esq.**
900 West Causeway Approach, Suite A
Mandeville, Louisiana 70471
Toll Free: 855-2-MONSON
Phone: 985-778-0678

2

Fax: 985-778-0682
Christine@MonsonFirm.com
www.MonsonFirm.com

**From:** Joey LaHatte [mailto:joey@lahattelaw.com]
**Sent:** Wednesday, June 29, 2016 6:53 PM
**To:** Christine E. Bergeron <christine@monsonfirm.com>
**Subject:** Fitzpatrick EUO

Christine:

I ran out of time to schedule this EUO before the July 4th Holidays. Please send me back some available dates on your calendar starting the week after the week of July 4th so we can get this one scheduled.

Thanks,
<image004.jpg>

**Joey LaHatte** / LaHatte Law Firm, L.L.C.
Managing Member
504-309-2996/ joey@lahattelaw.com

**LAHATTE LAW FIRM, L.L.C.**
Office: 504-309-2996
Fax:    855-733-8180
4405 Zenith Street Metairie, Suite A Louisiana 70001
http://www.lawyerlahatte.com
<image005.png>

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s).

## Joey LaHatte

**From:** Joey LaHatte
**Sent:** Friday, June 10, 2016 11:34 AM
**To:** Christine E. Bergeron
**Subject:** RE: Hollis Burton

Do you mean Stacy Morgan? I believe Hollis was already done. If you are referring to Stacy Morgan, no, it is not proceeding. I will contact you later about that issue.

Thanks,



**Joey LaHatte** / LaHatte Law Firm, L.L.C.
Managing Member
504-309-2996/ joey@lahattelaw.com

**LAHATTE LAW FIRM, L.L.C.**
Office: 504-309-2996
Fax:    855-733-8180
4405 Zenith Street Metairie, Suite A Louisiana 70001
http://www.lawyerlahatte.com

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s).

**From:** Christine E. Bergeron [mailto:christine@monsonfirm.com]
**Sent:** Friday, June 10, 2016 9:32 AM
**To:** Joey LaHatte <joey@lahattelaw.com>
**Subject:** Hollis Burton

Hey Joey,

Is the EUO of Hollis Burton going forward next Tuesday, June 14?

Best Regards,

Christine E. Bergeron

THE MONSON
LAW FIRM, LLC

**Christine E. Bergeron, Esq.**
900 West Causeway Approach, Suite A
Mandeville, Louisiana 70471
Toll Free: 855-2-MONSON
Phone: 985-778-0678
Fax: 985-778-0682

1

Christine@MonsonFirm.com
www.MonsonFirm.com