UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STACY MORGAN AND<br>A-PLUS CONTRACTORS, LLC | * | CIVIL ACTION NO. 2:16-CV-13900 |
| Plaintiffs | * | |
| VERSUS | * | JUDGE:  JANE TRICHE MILAZZO |
| AMERICAS INSURANCE<br>COMPANY | * | MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO LIFT ADMINISTRATIVE STAY AND MOTION TO DISMISS

MAY IT PLEASE THE COURT:

Defendant, Americas Insurance Company ("Americas"), hereby asserts the following in response to the opposition brief [Rec. Doc. 42] filed by plaintiffs, Stacy Morgan and A-Plus Contractors, L.L.C.:

In their opposition brief, plaintiffs misrepresent the instant motion pending before this Honorable Court, suggesting defendant's Motion to Lift Administrative Stay and Motion to Dismiss is a "complete breach of professional etiquette." Plaintiffs propose "compliance" with the policy by asserting cancellation due to Hurricane Irma of the scheduled and mutually agreed upon examination under oath. Yet, as of the date of this filing, plaintiffs have failed to (1) participate in examination under oath, (2) provide documents requested by Americas within its examination under oath demand; and (3) provide the name of their appraiser. As such, defendant reasserts its pending motion for the reasons set forth below.

As previously stated, plaintiffs' claims should be dismissed as plaintiffs have failed to comply with **two** mandatory post-loss duty components of the applicable policy, both of which

have been ordered by this Honorable Court – (1) submitting for an examination under oath, as well as submitting documents at the request of Americas regarding same, and (2) compliance with appraisal. Specifically, **plaintiffs present no evidence to suggest compliance with either of these provisions** of the AIC policy, compliance of which was ordered by this Honorable Court on July 6, 2017. [Rec. Doc. 36].

First, as of the date of filing for both Americas' Motion to Dismiss and the instant motion, plaintiffs have at no time provided the name of their appointed appraiser despite Americas' repeated requests.[1] There is no question that this is mandatory for plaintiffs' recovery pursuant to the policy, as addressed and ordered by this Honorable Court. As such, plaintiffs' have failed to comply with the subject Policy and this Honorable Court's Order.

Second, plaintiffs have consistently failed to submit to examination under oath, even pre-dating the filing of the instant motion. Americas' first request that plaintiffs submit to examination under oath **dates back to April 14, 2016**, **well over a year prior to the filing of the instant motion**. [Rec. Doc. 24-8]. Since that time, plaintiffs have not submitted to an examination under oath, provided documents requested by defendant within its examination under oath demand, *or* provided the name of their appraiser, despite numerous requests. Likewise, Americas has been severely prejudiced by plaintiffs' prolonged failure to submit to an examination under oath and comply with appraisal, failure of which precludes plaintiffs from recovery. *Mosadegh v. State Farm Fire & Cas. Co.,* 330 F. App'x 65, 66 (5th Cir. 2009). As such, Americas' respectfully request this Honorable Court grant its Motion to Compel Examination Under Oath and Appraisal and Stay Litigation Pending Appraisal. [Rec. Doc. 24].

---

[1] *See* Defendant's Memorandum in Support of Motion to Lift Administrative Stay and Motion to Dismiss, Exhibit "1" (Rec. Doc. 38-4), Exhibit "6" (Rec. Doc. 38-9), and Exhibit "8" (Rec. Doc. 38-11).

- 3 -

For these reasons and those previously presented to the Court in connection with this motion, Americas respectfully requests this Honorable Court grant Americas' Motion to Lift Administrative Stay and Motion to Dismiss, dismissing plaintiffs' claims in the instant matter.

Respectfully submitted:

*/s/ Lauren Baudot*
**MATTHEW D. MONSON, T.A. (25186)**
**LAURA ABEL (33175)**
**LAUREN BAUDOT (36367)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone: (985) 778-0678
Facsimile: (985) 778-0682
*Counsel for Americas Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, facsimile or by depositing same in the United States mail, properly addressed, first-class postage prepaid, by the United States District Court for the Eastern District of Louisiana, this 6th day of November, 2017.

*/s/ Lauren Baudot*