MINUTE ENTRY
MILAZZO, J.
NOVEMBER 8, 2017

JS-10: 00:12

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

STACY MORGAN ET AL                                    CIVIL ACTION

VERSUS                                                NO. 16-13900

AMERICAS INSURANCE COMPANY                            SECTION "H"(1)

## **MOTION HEARING**

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: JODI SIMCOX
LAW CLERK: ANDREW COX

APPEARANCES:   JOSEPH F. LAHATTE , III, FOR PLAINTIFFS
               LAUREN BAUDOT, FOR DEFENDANT

Case called at 9:33 a.m.
Counsel appear for the record.
Defendant's MOTION to Dismiss and Lift Administrative Stay (Doc. 38) argued by counsel.
**IT IS ORDERED** that the Stay in this matter will be lifted on December 8, 2017.
**IT FURTHER ORDERED** that the Motion to Dismiss is DEFERRED until this date.
Matter adjourned at 9:45 a.m.