UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACY MORGAN ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   16-13900** |
| **AMERICAS INSURANCE COMPANY** | **SECTION: "H" (4)** |

**SETTLEMENT CONFERENCE ORDER**

This case has been scheduled for a Settlement Conference.  All **lead counsel are ORDERED TO APPEAR on September 27, 2019, at 10:00 Am before the undersigned Chief Magistrate Judge, United States Courthouse, Hale Boggs Federal Building, 500 Poydras Street, Room B-437, New Orleans, Louisiana.  Counsel must immediately contact chambers with any conflicts**.

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **at least two (2) days before the conference**.  **Email letter to:  efile-roby@laed.uscourts.gov**.

**The subject line should read: "16-13900H-09/27/19 "(*Plaintiff's or Defendant's*) Paper"**.

It is the duty of the parties to notify the undersigned if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

Settlement Conferences are often unproductive, unless all counsel have authority to settle or access to someone with authority to settle during the conference.  *Before arriving* **at the Settlement Conference the parties are to negotiate and make a good faith effort to settle the case without the involvement of the court.  Specific proposals and counter proposals shall be made.**  Although optional during the initial conference, participation of parties in addition to counsel would likely increase the efficiency and effectiveness of the Settlement Conference.  Therefore, counsel are encouraged to bring their clients to participate in the conference.

New Orleans, Louisiana, this 16th day of July 2019

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**